377 A.2d 997

Hughes, Appellant, v. Bloxham et al.

 Argued June 16, 1977. Richard J. Jacobs, submitted a brief for appellant; Robert O. VanHorn, with him Scoblionko, Scoblionko & Muir, for appellees.

Order affirmed.

377 A.2d 998

Insurance Placement Facility of Pennsylvania v. Rappaport, Appellant.

Argued June 20, 1977. Leon W. Silverman, with him Angela M. Cerino, for appellant; Simon Lenson, for appellee.

Order and judgment affirmed.